IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| EDWIN TUFFREE,<br><br>  Plaintiff,<br><br>vs.<br><br>HELENA SHERIFF'S DEPARTMENT,<br><br>  Defendant. | CV 23-72-H-BMM-KLD<br><br>ORDER OF RECUSAL |

I hereby recuse myself from this matter on the ground that I was previously a partner at the law firm of Garlington, Lohn, and Robinson. Accordingly, I ask that this case be reassigned.

DATED this 11th day of October, 2023.

*/s/ Kathleen L. DeSoto*
Kathleen L. DeSoto
United States Magistrate Judge