**FILED**

**CLAIM**
IN THE STATE of MONTANA in LEWIS AND CLARCK COUNTY

SEP 1 8 2023

Plaintiffs:
Ed Tuffree

vs.

Defendants:
Sheriff's Dept et al

NO. CDV-2023-610 ANGIE SPARKS, Clerk of District Cou
COMPLAINT FOR DISOVERY   By _____ Deputy Cle
Accessory GRAND THEFT AUTO, grand LARCENY, assault & battery, FORGERY, Fed Housing Law Violations, water & power interruptions, Improperly functioning sewer system, perjury

PLANTIFF'S COMPLAINT
False arrest, kidnapping, Aiding & Abetting in with Accessory to GRAND THEFT AUTO, LARCENY, hindrance of MEDICAL supplies & medicine, FORGERY, perjury

KATHY SEELEY
PRESIDING JUDGE

## I. INTRODUCTION

The sheriff's dept has committed against Edwin Tuffree assault and battery, illegal detainment, false arrest, & kidnapping, under false trespassing/eviction. Fed housing violations, breach of contract, forgery, GRAND THEFT AUTO of a modified 1988, 7.3L turbo diesel 4X45 speed, breaking & entry, burglary of a privately owned 1995 36 ft Kountry Aire triple axel 3 slide out 5th wheel gooseneck conversion.

## II. PARTIES

II.1   Ed Tuffree
II.2   Sheriff's Dept: 406 Fuller Ave, Helena MT 59601

## III. JURISDICTION AND VENUE

III.1   Plaintiff resides in the city of Helena in the County of Lewis & Clark
III.2   Defendants: Sheriff's Dept. 406 Fuller Ave, Helena MT 59601

## IV. FACTS

IV.1   Constitution & Civil rights violation, due process violation
IV.2   Sheriff's seized (assault & battery) illegally detained falsely arrested kidnapped Edwin Tuffree from the Helena Campground & RV park 5820 N Montana Ave Helena MT 59602 space 74
IV.3   Claimed trespass on Edwin Tuffree from said above location
    A.   Accessory to breaking and entry, lock changing on Ed's 5th wheel.
IV.4   Illegal Trespass/Eviction of Occupancy
    A.   Rent was paid through Sep 2022 through Emergency Rental Assistance (ERA)
    B.   No notarized notices of trespass/termination issued by court
    C.   Sheriff's Dept for aiding and abetting in illegal trespass/eviction, Grand theft auto, robbery, breaking and entry
    D.   Accessory to threats by Pat (manager, last name unknown), intimidation, and harassment

INDEXED

2123666

- E. Accessory to bullying, verbal and physical abuse of disable tenants by Mike, (last name unknown).
- F. Accessory to Forgery
- G. Denied access to medical equipment and supplies

IV.5 Accessory to access/egress restrictions
- A. Hindering emergency vehicles

## V. CAUSES OF ACTION

V.1 Plaintiff is requesting
- A. Sheriff's Dept, to confirm legality from court prior to trespassing and/or evictions prior to theft of Ed's 1988 F250 4X4 and prevention of retrieving property.
    - i. Sheriff's Dept takes responsibility for the breaking/entry, grand theft auto, larceny
        - a. medicines
        - b. mobility devices
        - c. other physical aids for therapy mobility
    - ii. Sheriff's involved be charged for hindrance of health by preventing access to Medical equipment devices and medication, theft of mobility device, blood pressure device, forgery of documents by Pat

V.2 Emotional Distress
- A. Aggravation distress of not being able to do daily living
    - i. preparing dietary meals
    - ii. brushing teeth

## VI. RELIEF SOUGHT

VI.1 Replacement of stolen / held property
- A. Truck tools & equipment stolen from Ed by Pat's theft
- B. 5th wheel trailer
- C. Medical equipment, devices and medication replaced or compensated
- D. Sheriff's Dept to aid in repairing or replacement of other stolen property, and a financial compensation $250,000
    - i. fishing poles
    - ii. Bear compound bow
    - iii. Computers
        - a. lap tops
        - b. electronic drives
    - iv. Cloths, towels cooking supplies

VI.2 Emotional Distress
- A. Sheriff's Dept to aid in compensation of losses and emotional distress $250,000

*[signature]*
9/18/23